

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.L.P., a Child

No. 06-19-00084-CV

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 18-C-407). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED FEBRUARY 11, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk